IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEAK N SHAKE, INC., | CASE NO. 1:21-CV-795 |
| Plaintiff, | JUDGE J. PHILIP CALABRESE |
| vs. | |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| Defendant. | |

Plaintiff Steak N Shake, Inc. and Defendant American Guarantee and Liability Insurance Company hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: 04/29/2021    MANSOUR GAVIN LPA

**/s/ Tracey S. McGurk**
By: TRACEY S. MCGURK (0069631)
Attorney for Plaintiff Steak N Shake, Inc.

Dated: 04/29/2021    TUCKER ELLIS LLP

**/s/ Kevin M. Young**
By: KEVIN M. YOUNG (0029715)
Attorney for Defendant American Guarantee
 & Liability Insurance Company

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:   April 29, 2021

                                                    J. PHILIP CALABRESE
                                                  UNITED STATES DISTRICT JUDGE